UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Continental Biomass Industries, Inc.

                    v.                              Case No. 05-cv-218-JM

Hydro Electronic Devices, Inc.


O R D E R


        The Court granted Defendant's motion to extend time to answer (Doc. #12) on July

27, 2005.

An answer deadline was not set.  Therefore, the answer shall be due on or before September

9, 2005.


        SO ORDERED.


August 19, 2005                          _/s/James R. Muirhead_____
                                         James R. Muirhead
                                         United States Magistrate Judge


cc:    Charles Doleac, Esq.
       Philip L. Pettis, Esq.
       Arpiar G. Saunders, Jr., Esq.
       Christopher A. Duggan, Esq.
       Gerard A. Butler, Jr., Esq.